UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | Case No: |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | |
| | : | |
| | : | 18 U.S.C. § 1038(a)(1) (false |
| JUAN RIVERA Jr. | : | information and hoaxes) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about May 22, 2009, in the District of Connecticut, JUAN RIVERA Jr., the defendant herein, did intentionally convey false and misleading information, by authoring and causing to be discovered two bomb threats, the first stating, "[A] bomb will go off at noon today," and the second stating, "[A] bomb will go off at 1:00 p.m. today," each written on yellow sticky notes and placed in publicly accessible areas within the Connecticut Financial Center, a 26-floor office building leased in part to agencies and departments of the United States, under circumstances where such information may reasonably have been believed, and which indicated that an activity was taking and would take place that would constitute a violation of 18 U.S.C. § 844(f) (regarding damaging or destroying or attempting to damage or destroy by means or fire or an explosive, any building, or other personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof).

In violation of Title 18, United States Code, Section 1038(a)(1).

DAVID B. FEIN
UNITED STATES ATTORNEY

/s/

_____
NORA R. DANNEHY
DEPUTY UNITED STATES ATTORNEY

/s/

_____
MICHAEL J. GUSTAFSON
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

/s/

_____
PAUL H. McCONNELL
ASSISTANT UNITED STATES ATTORNEY